IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WARREN WEST, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
|     v. | : | NO. 11-1194 |
| | : | |
| CITY OF BETHLEHEM ET AL., | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this _____ day of October, 2011, upon consideration of Defendants' Motion to Dismiss (Doc. 6) and Plaintiff's Response in Opposition thereto (Doc. 8), **IT IS HEREBY ORDERED and DECREED** that the Motion is **DENIED IN PART and GRANTED IN PART.**

**IT IS FURTHER ORDERED** that Plaintiff's claim for punitive damages in relation to his Title VII and 42 U.S.C. §1983 claims is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss Plaintiff's Title VII and 42 U.S.C. §1983 claims is **DENIED**.

BY THE COURT:

/s/ Petrese B. Tucker

**Hon. Petrese B. Tucker, U.S.D.J.**